### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK SAWYER,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-5221** |
| : | |
| **EXTRA STORAGE SPACE** : | |
| **FOLCROFT,** : | |
| **STORAGE COMPANY,** *et al.*, : | |
|     **Defendants.** : | |

### ORDER

**AND NOW**, this 6th day of November 2025, upon consideration of pro se Plaintiff Mark Sawyer's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and Complaint (Doc. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                  **BY THE COURT:**

                                                  **/s/ Karen Spencer Marston**
                                                  **KAREN SPENCER MARSTON, J.**