Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania ▼

_____ Division

| | |
|---|---|
| MARK SAWYER<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>EXTRA SPACE STORAGE FOLCROFT et,al.<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MARK SAWYER |
| Address | 5523 Addison Street |
| | Philadelphia, Pa 19143 |
| | City / State / Zip Code |
| County | Philadelphia |
| Telephone Number | 267-981-9012 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | EXTRA STORAGE SPACE FOLCROFT et,al. |
| Job or Title (if known) | Storage Company |
| Address | 1505 Chester Pike |
| | Folcroft, PA 19032 |
| | City / State / Zip Code |
| County | DELAWARE |
| Telephone Number | 610-320-2225 |
| E-Mail Address (if known) | N/A |

[ ] Individual capacity    [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | WILLIAM BENNETT et,al. |
| Job or Title (if known) | Assistant Store Manager |
| Address | 1505 Chester Pike |
| | Folcroft, PA 19032 |
| | City / State / Zip Code |
| County | DELAWARE |
| Telephone Number | 610-320-2225 |
| E-Mail Address (if known) | N/A |

[ ] Individual capacity    [✓] Official capacity

Defendant No. 3
  Name: ESIS, Inc. et,al.
  Job or Title (if known): Insurance Company
  Address: 1505 Chester Pike
  City: Folcroft  State: PA  Zip Code: 19032
  County: DELAWARE
  Telephone Number: 610-320-2225
  E-Mail Address (if known):

  [ ] Individual capacity  [✓] Official capacity

Defendant No. 4
  Name: Zachary Taggart et,al.
  Job or Title (if known): Lead Agent
  Address: 1505 Chester Pike
  City: Folcroft  State: PA  Zip Code: 19032
  County: DELAWARE
  Telephone Number: 610-565-6500
  E-Mail Address (if known): N/A

  [ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Under I (The Plaintiff's) 14th amendment (Due Process) is connected to this issue, since under ׃
Breach Of Contract 42 Pa. C.S.A. subsections 5525(a).

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Under color of law, EXTRA STORAGE SPACE FOLCROFT et,al., failed to protect I (The Plaintiff's) personal belongings while being stored at their facility, as I continue to follow the written and agreed contract. Under color of law, WILLIAM BENNETT (Assistant Store Manager) et,al., failed to protect I (The Plaintiff's) property while being stored under his care, as I (The Plaintiff) followed the written agreed upon contract. Under color of law, ESIS, Inc. (Insurance Company) et,al., failed to protect I (The

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
Folcroft, Pa.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
While I (The Plaintiff) was renting from EXSTRA SPACE STORAGE FOLCROFT et,al., it started to get broken into on the date (        ). I (The Plaintiff) talked with WILLIAM BENNETT (Assistant Store Manager) et,al., at which it has gotten fixed of monetary damages without giving what was promised of cost of equipment. I (The Plaintiff) also talked with the ESIS, Inc. (Insurance Company) et,al., to come to accountability with regards to paying for my music equipment and other valuable items of personal belongings.

Plaintiff's) personal belongings while being stored at their facility, as I continue to follow the written and agreed contract.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I (The Plaintiff) have a mental injury of deliberate indifference by this storage Company continuously promising to get I (The Plaintiff's) personal property returned to me, and I (The Plaintiff) has a disability which is a physical harm by forcing I (The Plaintiff) to pay monthly.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Per Person of Declaratory Damages $1,000,000.00; Per Person of Monetary Damages $1,000,000.00; Per Person of Compensatory Damages $1,000,000.00; Per Person of Punitive Damages $1,000,000.00.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-7-2025

Signature of Plaintiff: *Mark Sawyer*
Printed Name of Plaintiff: MARK SAWYER

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
    City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Mark Sawyer
5523 Addison Street
Phila, PA 19143

X-RAY USMS

United States District Courthouse

Eastern District of Pennsylvania

James A. Byrne

601 Market St.

Phila, PA 19106